IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-615-DCK

| KIMBERLY F. SHAREEF, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| PATRICK R. DONAHUE, Postmaster General, United States Postal Service, | ) |
| Defendants, | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties "Joint Motion For Privacy Act Order" (Document No. 27) filed July 25, 2012. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and the applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties "Joint Motion For Privacy Act Order" (Document No. 27) is **GRANTED**.

Signed: July 30, 2012

David C. Keesler
United States Magistrate Judge