# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO.  3:11-CV-615-DCK

| | | |
|---|---|---|
| KIMBERLY F. SHAREEF, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PATRICK R. DONAHUE, | ) | |
| DAVID MILLS, and | ) | |
| RODNEY K. DEFLUMERI, | ) | |
| | ) | |
| **Defendants,** | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on "Federal Defendant's Motion To Extend Discovery" (Document No. 35) filed September 27, 2012.  The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and this motion is ripe for disposition.  Having carefully considered the motion, the record, and the applicable authority, the undersigned will grant the motion.

      **IT IS, THEREFORE, ORDERED** that  "Federal Defendant's Motion To Extend Discovery" (Document No. 35) is **GRANTED**.  As such, the deadlines in this case are revised as follows:

| | |
|---|---|
| Discovery | **March 6, 2013**; |
| Mediation Report | **March 20, 2013**; |
| Dispositive Motions | **April 5, 2013**; |
| Trial | **August 19, 2013**. |

**IT IS FURTHER ORDERED** that "Plaintiff's Request For Motion To Compel / Defendants Failure To Produce Documents" (Document No. 32) is **DENIED WITHOUT PREJUDICE**. The Court directs the parties to confer in an attempt to resolve this dispute; if such attempt is unsuccessful, Plaintiff may re-file her motion to compel.

**IT IS FURTHER ORDERED** that the parties shall appear for a Status And Motions Hearing on **Thursday November 15, 2012, at 2:00 p.m.**, prepared to discuss the status of this case and the pending "Motion For Pretrial Hearing On Federal Defendant's 12(b)(1) Defense Of Lack Of Subject Matter Jurisdiction" (Document No. 20).

**SO ORDERED**.

Signed: October 25, 2012

David C. Keesler
United States Magistrate Judge