IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-615-DCK

| | |
|---|---|
| KIMBERLY F. SHAREEF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PATRICK R. DONAHOE, POSTMASTER ) | |
| GENERAL, UNITED STATES POSTAL ) | |
| SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Stipulation For Extension Of Discovery Cutoff To May 6, 2013" (Document No. 43) filed March 4, 2013. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of this motion is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Stipulation For Extension Of Discovery Cutoff To May 6, 2013" (Document No. 43) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties shall have up to and including **May 6, 2013** to complete discovery; and **June 5, 2013** to file dispositive motions.

Signed: March 4, 2013

David C. Keesler
United States Magistrate Judge