# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:11-CV-615-DCK

| | |
|---|---|
| KIMBERLY F. SHAREEF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PATRICK R. DONAHOE, ) | |
| Postmaster General, U.S. Postal Service, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion For Enlargement Of The Word Limit For Dispositive Motion" (Document No. 57) filed June 14, 2013. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of this motion is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion, without prejudice.

By the instant motion, Defendant seeks to leave for an unspecified enlargement of the word limit for a dispositive motion. (Document No. 57). It appears that Defendant bases the instant motion on a limit of 4,500 words as set forth in section 3(b)(iv) of the "Initial Scheduling Order" (3:07-MC-047, Document No. 2) issued in this case on December 5, 2011. The undersigned observes, however, that the applicable word limit for a dispositive motion in this case is actually **6,000** words, as identified in the "Case Management Order" (Document No. 24, p.7).

Defendant may file a renewed motion, if an enlargement of the 6,000 word limit is necessary. A renewed motion should specify the exact enlargement requested, as well as the amount of enlargement, if any, Plaintiff will consent to.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion For Enlargement Of The Word Limit For Dispositive Motion" (Document No. 57) is **DENIED WITHOUT PREJUDICE**.

Signed: June 14, 2013

David C. Keesler
United States Magistrate Judge