IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-615-DCK

| KIMBERLY F. SHAREEF, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| PATRICK R. DONAHOE,<br>Postmaster General, U.S. Postal Service, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Federal Defendant's Second Motion For Enlargement Of The Word Limit For Dispositive Motion" (Document No. 60) filed June 18, 2013. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of this motion is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

The undersigned notes that Plaintiff does not consent to this motion. The undersigned, however, finds that Defendant has shown good cause for the requested enlargement, and moreover, will allow Plaintiff an equal enlargement of the word limit to respond.

**IT IS, THEREFORE, ORDERED** that "Federal Defendant's Second Motion For Enlargement Of The Word Limit For Dispositive Motion" (Document No. 60) is **GRANTED**. The word limit for Defendant's dispositive motion, and for Plaintiff's response to that motion, is enlarged to **9,500** words.

Signed: June 18, 2013

David C. Keesler
United States Magistrate Judge