# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:11-CV-615-DCK

| | |
|---|---|
| KIMBERLY F. SHAREEF, | ) |
|       Plaintiff, | ) |
| v. | ) **ORDER** |
| PATRICK R. DONAHOE,<br>Postmaster General, U.S. Postal Service, | ) |
|       Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Defendant To Submit All Transcripts Of Depositions/Plaintiff's Motion For Extension Of Time To Respond To Defendant's Motion To Dismiss" (Document No. 69) filed July 1, 2013, and "Plaintiff's Reply To Defendant's Response To Plaintiff's Motion For Defendant To Submit Full Transcripts Of Depositions / Plaintiff's Motion For Extension Of Time To Respond To Defendant's Dispositive Motion" (Document Nos. 74, 75) filed on July 22, 2013.[1] The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of these motions is appropriate. Having carefully considered the motions and the record, the undersigned will grant the motions.

Plaintiff's first motion requests that Defendant provide hard copies of the full deposition transcripts of: John Cavanaugh II, John Cowan, Michael Gilbert, and Kimberly Shareef. (Document No. 69; Document No. 74). The "Federal Defendant's Response…" (Document No. 72) states that Plaintiff was "provided full copies, in PDF format, of the depositions requested by Plaintiff in her Motion" via email. (Document No. 72, pp.1-2). Defendant further states that it is

---

[1] Plaintiff is respectfully advised that: "Motions shall not be included in responsive briefs. Each motion should be set forth as a separately filed pleading." See Local Rule 7.1 (C)(2).

willing to provide "those depositions or additional depositions in hard copy format." (Document No. 72, p.2).

Although the undersigned is persuaded that Defendant's submission of full copies of the requested deposition transcripts via email was sufficient, Defendant's willingness to provide hard copies in this instance is appreciated. As such, Plaintiff's motion will be granted.

To the extent Plaintiff again seeks additional time to file her response to Defendant's pending dispositive motion, that request will also be granted.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion For Defendant To Submit All Transcripts Of Depositions…" (Document No. 69) is **GRANTED**. Defendant shall provide Plaintiff with hard copies of the requested transcripts discussed herein on or before **August 9, 2013**.

**IT IS FURTHER ORDERED** that "…Plaintiff's Motion For Extension Of Time To Respond To Defendant's Dispositive Motion" (Document No. 75) is **GRANTED**. Plaintiff shall file a response to "Federal Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment" (Document No. 62) on or before **August 23, 2013**.

**SO ORDERED**.

Signed: July 29, 2013

David C. Keesler
United States Magistrate Judge