**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:11-CV-615-DCK**

| | |
|---|---|
| KIMBERLY F. SHAREEF, )<br>)<br>    **Plaintiff,** )<br>)<br>  v. )<br>)<br>PATRICK R. DONAHOE, )<br>**Postmaster General, U.S. Postal Service,** )<br>)<br>    **Defendant.** )<br>) | **ORDER** |

      **THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Stay Of Plaintiff's Response To Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment" (Document No. 78) filed August 13, 2013. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of this motion is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion for a stay, but allow Plaintiff additional time to respond.

      The Court has already allowed Plaintiff two extensions of time to file a response to "Federal Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment" (Document No. 62). <u>See</u> (Document Nos. 71 and 76). This matter is currently set for trial during the term beginning October 28, 2013; as such the pending motions need to be fully briefed in time for the Court to render decisions and determine whether or not this matter will proceed to trial. Under these circumstances, the undersigned will deny the request for a stay, but allow Plaintiff an additional extension of time to file her response. If the Court has not ruled on the other pending motions (Document Nos. 52 and 63) by August 30, 2013, Plaintiff may again seek additional time to file a response.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Stay Of Plaintiff's Response To Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment" (Document No. 78) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff shall have up to and including **September 6, 2013**, to file a response to "Federal Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment" (Document No. 62).

**SO ORDERED**.

Signed: August 13, 2013

David C. Keesler
United States Magistrate Judge