# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:11-CV-615-DCK

| | | |
|---|---|---|
| **KIMBERLY F. SHAREEF,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **PATRICK R. DONAHOE,** | ) | |
| **Postmaster General, U.S. Postal Service,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Stay Further Proceedings Pending Resolution Of Appeal To Fourth Circuit Court Of Appeals" (Document No. 82). The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of this motion is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

The undersigned notes that Plaintiff has now appealed two (2) of the Court's orders, and that decisions on those appeals by the Fourth Circuit are still pending. See (Document Nos. 67 and 83).

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Stay Further Proceedings Pending Resolution Of Appeal To Fourth Circuit Court Of Appeals" (Document No. 82) is **GRANTED**. This matter is **STAYED**, pending resolution by the Fourth Circuit Court Of Appeals of Plaintiff's appeals of the undersigned's "Order" (Document No. 55) and "Order" (Document No. 81).

**IT IS FURTHER ORDERED** that Plaintiff shall file a response to "Federal Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment" (Document No. 62) **within**

**fourteen (14) days** of the Fourth Circuit's resolution of both appeals.  Failure to file a timely and persuasive response may lead to Defendant being granted the relief sought, including dismissal of this lawsuit.

**SO ORDERED**.

Signed: August 29, 2013

David C. Keesler
United States Magistrate Judge