# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### CIVIL ACTION NO. 3:11-CV-615-DCK

| | | |
|---|---|---|
| **KIMBERLY F. SHAREEF,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **PATRICK R. DONAHOE,** | ) | |
| **Postmaster General, U.S. Postal Service,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion To Stay Further Proceedings Pending Case Reassignment" (Document No. 91). The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review of this motion is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

The undersigned will refrain from ruling on Plaintiff's "Motion For Case Re-Assignment" (Document No. 90) until the Chief Circuit Judge of the Fourth Circuit has reached an initial decision on Judicial Complaint No. 04-13-90112. As such, there appears to be good cause to allow "Plaintiff's Motion To Stay…" pending a ruling on the "Motion For Case Re-Assignment."

The Court notes that the "Federal Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment" (Document No. 62) was filed on June 19, 2013. Since that filing, Plaintiff has been allowed multiple extensions of time to file a brief in response. <u>See</u> (Document Nos. 71, 76, 86, 89). Even *if* this case is re-assigned, the pending dispositive motion will require a decision by the presiding judge and needs to be fully briefed. Plaintiff is respectfully advised

to be prepared to file a response to the "Federal Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment" (Document No. 62) soon after the Court rules on Plaintiff's "Motion For Case Re-Assignment" (Document No. 90).

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion To Stay Further Proceedings Pending Case Reassignment" (Document No. 91) is **GRANTED**.

Signed: November 1, 2013

David C. Keesler
United States Magistrate Judge